### Alfred W. TAMBURRO

v.

### STATE et al.

### No. 85-260-M.P.

Supreme Court of Rhode Island.
June 13, 1985.

Alfred W. Tamburro, pro se.

Stephen J. Carlotti, Hinckley & Allen, Providence, for T/Barrington.

## ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.

■

### Edwin TERRY et al.

v.

### BARRINGTON SCHOOL COMMITTEE.

### No. 84-382-M.P.

Supreme Court of Rhode Island.
June 13, 1985.

Natale L. Urso, Urso, Liguori & Urso, Westerly, for plaintiff.

Michael P. DeFanti, Hinckley & Allen, Providence, for Barrington Sch. Committee.

Howard R. Haronian, Haronian, Paquin & Bramley, Inc., Warwick, for Bd. of Regents.

## ORDER

The petition for writ of certiorari is denied.

■

### Anna M. TILLINGHAST et al.

v.

### SUPERIOR COURT.

### No. 85-184-M.P.

Supreme Court of Rhode Island.
June 13, 1985.

Milton Stanzler, Abedon, Michaelson, Stanzler & Biener, Providence, for plaintiff.

Bruce Hodge, Providence, for defendant.

## ORDER

The petition for writ of certiorari is denied.